**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                         Case No. 3:10cr101/MCR

**DENNIS M. CARONI; GERARD M.
DILEO; and JOSEPH GEORGE
PASTOREK, II,**

    **Defendants.**
_____/

## ORDER

The defendants have been charged with conspiracy to dispense controlled substances through prescriptions, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C) and (b)(1)(D), and 21 U.S.C. § 846; and conspiracy to engage in money laundering, in violation of 18 U.S.C. § 1956(a)(1)(A)(i) and 21 U.S.C. § 846. The government has rested its case. The defendants each moved orally for a judgment of acquittal, arguing that the evidence presented is insufficient to sustain a conviction on either count of the indictment. *See* Fed. R. Crim. P. 29(a).

A motion for judgment of acquittal under Rule 29(a) at the conclusion of the government's case may only be granted if "the evidence is insufficient to sustain a conviction." Fed. R. Crim. P. 29(a). The court views the evidence in the light most favorable to the government and draws all reasonable inferences in favor of the government. *See United States v. Gari*, 572 F.3d 1352, 1359 (11th Cir. 2009), *cert. denied*, 130 S. Ct. 1560 (2010). The trial court's inquiry is whether a reasonable fact finder could find the evidence sufficient to prove the defendant guilty beyond a reasonable doubt. *Id.*

The court ruled on the motions from the bench on November 14, 2011, and this

order memorializes those rulings. Applying the standards articulated above, the court denied each motion for judgment of acquittal with reasons articulated in full on the record.

Accordingly, for reasons stated on the record at trial, it is hereby ORDERED that the defendants' oral motions for judgment of acquittal (noted on the court's docket as docs. 418, 419, 420) are DENIED.

**DONE and ORDERED** this 16th day of November, 2011.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**